■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP WILLIAMS, Appellant. [882 NYS2d 659]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ingram, J.), rendered September 1, 2005, convicting him of operating a motor vehicle while under the influence of alcohol, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that certain statements made by the prosecutor during summation deprived him of a fair trial is unpreserved for appellate review (*see* CPL 470.05; *People v Molinaro,* 62 AD3d 724 [2009]; *People v Brown,* 60 AD3d 962 [2009]). In any event, the challenged comments constituted fair comment on the evidence (*see People v Ashwal,* 39 NY2d 105, 109 [1976]), were responsive to the arguments presented in defense counsel's summation (*see People v Galloway,* 54 NY2d 396, 400-401 [1981]), or were harmless (*see People v Crimmins,* 36 NY2d 230, 239 [1975]).

The defendant's contention that the prosecutor violated the court's *Sandoval* ruling (*see People v Sandoval,* 34 NY2d 371 [1974]) is unpreserved for appellate review and, in any event, is without merit. Mastro, J.P., Santucci, Eng and Lott, JJ., concur.